AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| SCOT EVANS | ) |
| | ) |
| | ) Civil Action No. 11-14302 |
| Plaintiff, | ) |
| v. | ) Honorable John Corbett O'Meara |
| NATIR, LLC | ) |
| | ) |
| Defendant. | ) |

FILED SEP 19 '17 AM10:47 USDC-EDMI

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/09/2012            .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

DAVID J. WEAVER, CLERK OF COURT

Date: May 15, 2017

s/LGranger
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SCOT EVANS,

    Plaintiff,

v.

NATIR, LLC, a Michigan Limited
Liability Company, DARNELL FUQUA,
an individual, DARREL KELSOE, and XYZ
COMPANY, jointly and severally,

    Defendants.

Case No: 11-cv-14302-JCO-PJK
Hon. John Corbett O'Meara

FILED
JUL - 9 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## FINAL JUDGMENT

The Court, having previously issued a judgment against Defendant Darrell Kelsoe and the Court having reviewed the Affidavit of Non-Compliance submitted by Plaintiff's Counsel regarding Defendants Darnell Fuqua and Natir, LLC's failure to obey the Court's June 11, 2012 Order, and otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that a Default Judgment be and is hereby entered against Defendant Darrell Kelsoe in favor of Plaintiff Scot Evans as to each and every Count alleged against Defendant Kelsoe in Plaintiff's Complaint.

IT IS HEREBY ORDERED that Judgment is hereby entered in favor of Plaintiff Scot Evans against Defendant Darrell Kelsoe in the amount of $1,428,421.91, which is inclusive of pre-judgment interest. The Judgment amount shall earn interest at the applicable Federal Judgment Interest Rate from the date of entry until fully satisfied.

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
    Deputy

IT IS HEREBY ORDERED that a Default Judgment be and is hereby entered against Defendant Darnell Fuqua in favor of Plaintiff Scot Evans as to each and every Count alleged against Defendant Fuqua in Plaintiff's Complaint.

IT IS HEREBY ORDERED that Judgment is hereby entered in favor of Plaintiff Scot Evans against Defendant Darnell Fuqua in the amount of $ 1,433,171.91, which is inclusive of pre-judgment interest and sanctions awarded to Plaintiff by the Court in the amount of $4,750.00. The Judgment amount shall earn interest at the applicable Federal Judgment Interest Rate from the date of entry until fully satisfied.

IT IS HEREBY ORDERED that a Default Judgment be and is hereby entered against Defendant Natir, LLC, a Michigan Limited Liability Company, in favor of Plaintiff Scot Evans as to each and every Count alleged against Defendant Natir, LLC in Plaintiff's Complaint.

IT IS HEREBY ORDERED that Judgment is hereby entered in favor of Plaintiff Scot Evans against Defendant Natir, LLC, in the amount of $ 1,433,171.91, which is inclusive of pre-judgment interest and sanctions awarded to Plaintiff by the Court in the amount of $4,750.00. The Judgment amount shall earn interest at the applicable Federal Judgment Interest Rate from the date of entry until fully satisfied.

IT IS HEREBY FURTHER ORDERED that Court costs are taxed in favor of Plaintiff Scot Evans and against Defendants Kelsoe, Fuqua and Natir, LLC.

IT IS HEREBY FURTHER ORDERED that this is a Final Judgment resolving all claims against all parties in the above captioned matter. The Court retains jurisdiction over the parties for enforcing this Final Judgment.

IT IS SO ORDERED.

July 9, 2012

_____
U.S. District Court Judge